**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DEBRA M.,**

        **Plaintiff,**                          Case No. 2:21-cv-5074
   v.                                   **JUDGE EDMUND A. SARGUS, JR.**
                                             Magistrate Judge Kimberly A. Jolson

**COMMISSIONER OF**
**SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This matter is before the Court on the parties' Joint Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 13.) The Court hereby **GRANTS** the parties' joint motion and awards Plaintiff EAJA fees of $3,900.00 and costs of $00.00, for a total award of $3,900.00. (*Id.*) Consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010), counsel for the parties shall verify whether Plaintiff owes a preexisting debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff.

This case shall remain closed.

    **IT IS SO ORDERED.**


6/27/2022                                                    s/Edmund A. Sargus, Jr.
**DATE**                                                **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**